**Susie B. Anderson, Administrator of the Estate of Oliver W. Anderson, Deceased, Plaintiff-Appellee, v. James Glass, Defendant-Appellant.**

**Gen. No. 11,163.**

Second District, Second Division.

October 16, 1958.

Rehearing denied December 4, 1958.

Released for publication December 4, 1958.

Thomas J. Welch, R. Sheridan Welch, for appellant; James B. Young, and Brian & Wilson, for plaintiff-appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.